# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ALFRED PERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV412-214 |
| AL ST. LAWRENCE, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On September 5, 2012, the Court ordered plaintiff to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms by October 5, 2012 would result in the dismissal of his case. (*Id.*) Ignoring the Court's directive, plaintiff has failed to return the forms. Since he has not complied with the conditions of the Court's order, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  22nd  day of October, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA