FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA    2012 NOV 19  AM 10: 57
SAVANNAH DIVISION

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| ALFRED PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV412-214 |
| | ) | |
| SHERIFF AL ST. LAWRENCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 4), to which no objections have been
filed.   After a careful de novo review of the record, the
report and recommendation is **ADOPTED** as the Court's opinion
in this case and Plaintiff's complaint is **DISMISSED WITHOUT
PREJUDICE**.   Accordingly, the Clerk of Court is **DIRECTED** to
close this case.

SO ORDERED this _19th_ day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA